THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR17-0185-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| MICHAEL ANTHONY AVINGER, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant Michael Anthony Avinger's unopposed motion to extend the pretrial motions deadline (Dkt. No. 18). This motion is GRANTED. The deadline to file pretrial motions is continued from August 31, 2017 to September 14, 2017.

DATED this 31st day of August 2017.

William M. McCool<br>
Clerk of Court<br><br>
/s/Paula McNabb<br>
Deputy Clerk