UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR17-0185-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| MICHAEL ANTHONY AVINGER, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's unopposed motion to continue the sentencing date (Dkt. No. 39). The Court, finding good cause, GRANTS the motion. The sentencing date is hereby CONTINUED to December 4, 2018 at 9:00 a.m.

DATED this 20th day of September 2018.

    William M. McCool
    Clerk of Court

    s/Tomas Hernandez
    Deputy Clerk