UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL ANTHONY AVINGER,<br><br>　　　　　Defendant. | CASE NO. CR17-0185-JCC<br><br>ORDER |

This matter comes before the Court on Defendant's unopposed motion to seal (Dkt. No. 47) his sentencing memorandum (Dkt. No. 48).

"There is a strong presumption of public access to the court's files." W.D. Wash. Local Civ. R. 5(g). To overcome this presumption, there must be a "compelling reason" for sealing sufficient to outweigh the public's interest in disclosure. *Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1101 (9th Cir. 2016) (applying the "compelling reason" test to motions to seal documents "more than tangentially related to the merits of a case"). Defendant seeks to maintain under seal his sentencing memorandum. The sentencing memorandum contains highly personal and sensitive information about Defendant, in which the public has minimal interest. On this basis, the Court finds there is a compelling reason to seal the sentencing memorandum that outweighs the public's interest in its disclosure.

For the foregoing reasons, Defendant's motion to seal (Dkt. No. 47) is GRANTED. The

1 | Clerk is DIRECTED to maintain Docket Number 48 under seal.

DATED this 4th day of January 2019.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
CR17-0185-JCC
PAGE - 2