THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>MICHAEL ANTHONY AVINGER,<br><br>  Defendant. | CASE NO. CR17-0185-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the Government's motion for an extension of time to respond to Mr. Avinger's *pro se* motion for compassionate release (Dkt. No. 57). The Government argues that an extension is necessary because it needs to investigate whether Mr. Avinger's daughter is being cared for adequately because Mr. Avinger's motion is premised, in large part, on his allegations that she is not. (*See* Dkt. No. 58 at 1.) In addition, the Government has referred Mr. Avinger's motion to the Federal Public Defender's Office so that the Office may determine whether counsel should be appointed. (Dkt. No. 57 at 1–2.) Having thoroughly considered the motion and the relevant record and finding good cause, the Court GRANTS the motion. The Court DIRECTS the Clerk to renote Mr. Avinger's motion for consideration on April 16, 2021. The Government shall respond to the motion no later than April 13, 2021.

MINUTE ORDER
CR17-0185-JCC
PAGE - 1

DATED this 1st day of April 2021.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk

MINUTE ORDER
CR17-0185-JCC
PAGE - 2